**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN M. GUDMUNDSON<br>*also known as*<br>*Carolyn Glassman*,<br><br>    Defendant/Judgment Debtor,<br><br>   and<br><br>ROBERT HALF LEGAL,<br><br>    Garnishee. | NO. 2:18-MC-00106-RSL<br><br>(2:07-CR-00416-RSM-1)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Robert Half Legal, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Robert Half Legal filed its Answer on December 4, 2018, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Carolyn M. Gudmundson was an active employee who was paid weekly.

//

//

CONTINUING GARNISHMENT ORDER (*USA v. Carolyn M. Gudmundson and Robert Half Legal*, **Court Nos. 2:18-MC-00106-RSL & 2:07-CR-00416-RSM-1) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the parties on or about October 30, 2018, Ms. Gudmundson has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Robert Half Legal, shall pay to the United States District Court for the Western District of Washington, the non-exempt earnings payable to Defendant/Judgment Debtor Carolyn M. Gudmundson, upon each period of time when Defendant/Judgment Debtor Gudmundson is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Gudmundson's debt is paid in full; or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody, or control of any funds due and owing to the Defendant/Judgment Debtor; or until further order of this Court. This includes all monies required to be previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payment shall be applied to Defendant/Judgment Debtor Gudmundson's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:07-cr-00416-RSM-1 and 2:18-MC-00106-RSL, and to deliver such payment either personally or by First Class Mail to:

//

**CONTINUING GARNISHMENT ORDER (*USA v. Carolyn M. Gudmundson and Robert Half Legal,* Court Nos. 2:18-MC-00106-RSL & 2:07-CR-00416-RSM-1) - 2**

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**

United States District Court, Western District of Washington
Attn: Financial Clerk – Lobby Level
700 Stewart Street
Seattle, Washington 98101

Dated this 5th day of April, 2019.

*[signature]*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney

CONTINUING GARNISHMENT ORDER (*USA v. Carolyn M. Gudmundson and Robert Half Legal,* Court Nos. 2:18-MC-00106-RSL & 2:07-CR-00416-RSM-1) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970